IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania :
                                                        :
                    v.                                  :
                                                        :
Craig Campbell,                                         :
                    Appellant           :          No. 1962 C.D. 2013

## **O R D E R**

NOW, August 28, 2014, having considered appellant's "motion for application of reconsideration order", the application is denied.

_____
DAN PELLEGRINI,
President Judge